SCAN
JS-6

FILED

03 JAN 21 AM 11: 01

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Dan Lee | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | EDCV 03-0016        (RNB) |
| Sheriff San Bernardino Co. et al. DEFENDANT(S). | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Note. This order does not authorize a plaintiff to proceed in *forma pauperis* nor does it authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned. The Judge may strike the complaint or may dismiss the action for failure to comply with the Federal Rules of Civil Procedure or the Local Rules of the District Court.

_____          _____
Date                                              United States Magistrate Judge

========================================================================

**IT IS RECOMMENDED** that the application of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency           ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☑ Immunity as to *State, Judge, D.A*
☑ Other: _____ *See   below*

Comments:   It appears from the face of the proposed Complaint
that plaintiff's allegations implicate the validity of the
conviction giving rise to his current parolee status, and
consequently are barred by *Heck v Humphrey*, 512
US 477 (1994)

_1/9/03_____          _____
Date                                              United States Magistrate Judge

========================================================================

IT IS ORDERED that the application of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED          ☑ DENIED (See note above).

_1/13/03_____          _____
Date                                              United States District Judge

CV-73A (02/99)          ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE

ENTER ON ICMS

JAN 24 2003